**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO FUENTES,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: 2:25-cv-6838 CAS (MAAx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Date Action Filed: July 25, 2025 |

O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 14, 2025

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Case 2:25-cv-06838-CAS-MAA   Document 17   Filed 11/14/25   Page 3 of 3   Page ID #:47